# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **ROSE HENLEY; ORLANDO VELEZ;** and **JACK DUNN**, <br><br> Plaintiffs, <br><br> v. <br><br> **U.S. BANCORP,** a Minnesota Corporation doing business as U.S. National Association; **NATHAN FREDERICK JONES SMITH;** and **MALCOM & CISNEROS, ALC,** a California Corporation, <br><br> Defendants. | Case No. 3:19-cv-00985-AC <br><br> **JUDGMENT** |

Based on the Court's Opinion and Order, ECF 30, **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice.

DATED this 2nd day of March, 2020.

                                                                                        /s/ Karin J. Immergut
                                                                                         Karin J. Immergut
                                                                                         United States District Judge